## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| CHOE, BOND SOO & HEE SOOK § | CASE NO: 09-40782-R |
| § | CHAPTER 7 |
| DEBTOR § | |

### NOTICE TO DEPOSIT DISTRIBUTIONS UNDER $5.00 INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

1) The Trustee of this estate has made distribution of the funds of this estate in accordance with the Final Report and Proposed Distribution previously approved by this Court.

2) Pursuant to Bankruptcy Rule 3010(a) no dividend in an amount less than $5 should be distributed by the trustee. The following funds are de minimus distributions and should be paid into the unclaimed registry of the court:

| Claimant | Amt | Claim # |
|---|---|---|
| Cleaners Source Direct | 4.90 | 6 |
| Verizon Southwest, Inc. | 0.77 | 8 |

For a total of $ 5.67

Dated: March 21, 2011

Respectfully submitted,

/s/ Linda S. Payne
Linda S. Payne
12770 Coit Rd, Suite 541
Dallas, TX 75251
972 628 3695

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the U. S. Trustee, via Email this 21st day of March, 2011.

/s/ Linda S. Payne